AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

MACEL CAROLYN FILLMORE

_____
*Plaintiff(s)*

v.

EQUIFAX INFORMATION SERVICES, LLC et al

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:16-cv-1042

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elan Financial Services
c/o U.S. BANK, NA
by and through their registered agent;
Texas Secretary of State
Citations Unit
P.O. Box 12079
Austin, TX 78711-2079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  McCarty Law Firm
Dennis McCarty
P.O. Box 111070
Carrollton, Tx 75011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK

CLERK OF COURT

Date: December 6, 2016



_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

[illegible]

*Plaintiff(s)*

v.

IOWA A/S INFORMATION SERVICES, LLC et al

*Defendant(s)*

Civil Action No. 1:16-cv-1042

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) [illegible]
[illegible]
by serving its registered agent
Texas Secretary of State
Citations Unit
P.O. Box 12079
Austin, TX 78711-2079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

[illegible]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JEANNETTE J. CLACK

Date: December 6, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-1042

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _ELAN FINANCIAL SERVICES c/o US BANK NA_

was received by me on *(date)* _12/9/16_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _SECRETARY OF STATE OF TX_, who is
designated by law to accept service of process on behalf of *(name of organization)* _ELAN FINANCIAL SERVICES_
_SERVICES US VIA PRIORITY MAIL_ on *(date)* _12/1/16_ ; or _c/o US BANK NA_
_TO PO BOX 12079, AUSTIN, TX 78711_   _AT 7:22 AM_

☐ I returned the summons unexecuted because _2079_ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _12/1/16_

SWORN AND SUBSCRIBED BEFORE
ME ON THE _1_ DAY OF _DEC 2016_

_____
NOTARY PUBLIC SIGNATURE

**David T. Gerald**
Notary Public,
State of Texas
Expires:04-28-2018

_____
*Server's signature*

_C.J. Ayers_

_Auth Person   SCH #468_
_7-31-17_
*Printed name and title*

**Legal Eagle, Inc.**
3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501
_____
*Server's address*

Additional information regarding attempted service, etc:

Legal Eagles, Inc.
David T. Gerald
Notary Public,
State of Texas
Expires:04-28-2019

English      Customer Service      USPS Mobile                                    Register / Sign In

## ⊿USPS.COM®

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9405503699300446403075

**On Time**
**Updated Delivery Day: Monday, December 12, 2016**

## Product & Tracking Information

**Postal Product:**                **Features:**
Priority Mail™                     USPS Tracking®          Up to $50 Insurance Included
                                                           Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 12, 2016 , 7:22 am | Delivered, PO Box | AUSTIN, TX 78711 |

Your item has been delivered and is available at a PO Box at 7:22 am on December 12, 2016 in AUSTIN, TX 78711.

| | | |
|---|---|---|
| December 12, 2016 , 6:28 am | Arrived at Post Office | AUSTIN, TX 78711 |
| December 10, 2016 , 4:15 pm | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| December 9, 2016 , 9:52 pm | Departed USPS Facility | FORT WORTH, TX 76161 |
| December 9, 2016 , 8:41 pm | Arrived at USPS Origin Facility | FORT WORTH, TX 76161 |
| December 9, 2016 , 7:26 pm | Accepted at USPS Origin Facility | ARLINGTON, TX 76013 |
| December 9, 2016 , 6:23 pm | Departed Post Office | ARLINGTON, TX 76013 |
| December 9, 2016 , 4:56 pm | Acceptance | ARLINGTON, TX 76013 |
| December 9, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

Tracking (or receipt) number

[                                        ]   **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

