# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

December 19, 2016

Dennis McCarty
McCarty Law Firm
PO Box 111070
Carrollton, TX 75011

**2017-273776**
Include reference number in all correspondence

RE: MACEL CAROLYN FILLMORE VS EQUIFAX INFORMATION SERVICES LLC, ET AL
United States District Court, Western District of Texas
Cause No: 116CV1042

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

*[signature]*

Michael Orta
Service of Process

Enclosure



## The State of Texas
### Secretary of State

2017-273776-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

> MACEL CAROLYN FILLMORE VS EQUIFAX INFORMATION SERVICES LLC, ET AL
> United States District Court, Western District of Texas
> Cause No: 116CV1042

was received by this office on December 12, 2016, and that a copy was forwarded on December 14, 2016, by CERTIFIED MAIL, return receipt requested to:

> Elan Financial Services
> c/o US Bank NA
> Attn: Legal
> 800 Nicollet Mall
> Minneapolis, MN 55402

The RETURN RECEIPT was received in this office dated December 19, 2016, bearing signature.



Date issued: December 19, 2016

_____
Carlos H. Cascos
Secretary of State
GF/mo