IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| MACEL CAROLYN FILLMORE | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | Civil Action No. 1:16-CV-1042-RP |
| VS. | § | |
| EQUIFAX INFORMATION SERVICES, LLC AND | § | |
| ELAN FINANCIAL SERVICES | § | JURY |
| Defendants | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT ELAN FINANCIAL SERVICES TO FILE INITIAL RESPONSIVE PLEADING**

Defendant ELAN FINANCIAL SERVICES for good cause shown files this **UNOPPOSED** Motion for Extension of Time to file its Initial Responsive Pleading and respectfully shows the Court:

### I. CERTIFICATE OF CONFERENCE

Counsel for ELAN FINANCIAL SERVICES has conferred with counsel for Plaintiff, Mr. Dennis McCarty, and Mr. McCarty has **AGREED** to the requested extension of time to file Initial Responsive Pleading and the relief sought herein. Counsel for US Bank also conferred with Mr. Kendall Carter, counsel for Co-Defendant Equifax Information Services, LLC, and Mr. Carter stated that he **AGREED** to the requested extension of time to file Initial Responsive Pleading and the relief sought herein.

                                                        **/s/ Donald E. Hill**
                                                       Donald E. Hill

## II. BASIS FOR MOTION

1. Plaintiff's Claims in this suit are for alleged violations of the Fair Credit Reporting Act. Elan Financial Services' investigation of Plaintiff's claims requires its counsel to review loan documentation, communications between the Plaintiff and Elan Financial Services' co-defendants, any communications between Plaintiff and Elan Financial Services and to conduct basic legal research regarding the claims made and defenses available. Because of the complexity of the federal consumer protection claims and the number of contractual documents, legal pleadings, and communications involved, Elan Financial Services' counsel continues to investigate the facts surrounding the Plaintiff's claims and needs additional time to investigate the facts and materials related to the Plaintiff's claims before filing an Initial Responsive Pleading.

2. Subject to any defenses including, but not limited to personal and/or subject matter jurisdiction, Elan Financial Services hereby requests that the Court extend the time for it to file its Initial Responsive Pleading until <u>Friday, January 20, 2017</u>.

3. This motion is not made for the purpose of delay only, but so that justice may be done.

## III. REQUEST FOR RELIEF

For the reasons stated above, Elan Financial Services respectfully requests, and Plaintiff and co-defendant consent in the request, that the Court enter an Order extending the time for Elan Financial Services to file its Answer or other Initial Responsive Pleading to January 20, 2017.

Respectfully submitted,

# Rowlett Hill Collins LLP

　　/s/ Donald E. Hill　　　　　　　
Donald E. Hill
State Bar No. 24007364
6060 N. Central Expressway, Suite 500
Dallas, TX 75206
(214) 800-3492
(214) 292-1168 (fax)
dhill@rowletthill.com
ATTORNEYS FOR DEFENDANT ELAN
FINANCIAL SERVICES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon all attorneys of record by the Western District of Texas ECF system on this 18th day of January 2017.

　　　/s/ Donald E. Hill　　　　　　　
Donald E. Hill